■ PETER A. PRIOLA, III, Appellant, v SHEILA FALLON et al., Respondents. [993 NYS2d 523]—Motions for reargument and leave to appeal to the Court of Appeals denied. Present—Fahey, J.P., Peradotto, Lindley and Valentino, JJ.

■ In the Matter of LAZY ACRES PARK, LLC, Appellant, v PAUL FERRETTI et al., Respondents. [993 NYS2d 523]—Motion and cross motion for reargument or leave to appeal to the Court of Appeals denied. Present—Fahey, J.P., Peradotto, Carni and Valentino, JJ.

■ In the Matter of BUFFALO NIAGARA BUSINESS PARK, LLC, Appellant, v BOARD OF ASSESSMENT REVIEW FOR CITY OF BUFFALO et al., Respondents, and COUNTY OF ERIE, Intervenor-Respondent. [993 NYS2d 523]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, Lindley and Whalen, JJ.

■ LAURA LANKENAU, Appellant, v PATRICK K. BOLES et al., Respondents. (Appeal No. 1.) [993 NYS2d 523]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, Lindley and Whalen, JJ.

■ CHALINA RUIZ, Respondent, v BRENDAN L. COPE et al., Appellants. [993 NYS2d 524]—Motion for reargument, reconsideration, or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Lindley, Valentino and Whalen, JJ.

■ DAWN STEFANIAK, Plaintiff, v NFN ZULKHARNAIN, Respondent. ROBERTA L. REEDY, as Administrator of the Estate of KEVIN M. REEDY, Deceased, Appellant. [993 NYS2d 523]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH LYMAN, Also Known as KEITH J. LYMAN, Also Known as KEITH JOSEPH LYMAN, Appellant. [992 NYS2d 657]—Motion for writ of error coram nobis granted. Memorandum: The order of June 13, 2014 is vacated and this Court will consider the appeal de novo (see People v LeFrois, 151 AD2d 1046 [1989]). Defendant is directed to file and serve his records and briefs with this Court on or before January 7, 2015. Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD D. SACKEL, Appellant. [993 NYS2d 523]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Peradotto, Valentino and DeJoseph, JJ.